UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOHN ALEXANDER ZAPATA HINCAPIE,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS TECH UNIVERSITY, et al.,<br><br>    Defendants. | No. 5:23-CV-045-H |

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting the defendants' amended motion to dismiss, Dkt. No. 30, it is hereby ORDERED, ADJUDGED, and DECREED that:

The plaintiff's claims against the defendants are dismissed with prejudice.

The Clerk of Court is directed to close the case.

So ordered on March 11, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE